UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA J. OTTE, ADMINISTRATRIX OF THE ESTATE OF GLADYS REYNOLDS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, CONNECTICUT GENERAL LIFE INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>        Defendants. | NO. 09-CV-11537-RGS |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23(b)(1), (b)(2) and/or (b)(3) of the Federal Rules of Civil Procedure, Plaintiff Brenda J. Otte respectfully moves for Class Certification of a class consisting of all persons who satisfy each of the following criteria:

(1) At any time after September 14, 2003 and continuing to the present;

(2) They were beneficiaries under group life insurance policies issued by a Cigna company which are employee benefit plans within the meaning of 29 U.S.C. § 1002 (3); and

(3) CGLIC retained the death benefits that were due to them, by the creation of a CIGNAssurance Account.

A Memorandum of Law in support of the motion is being filed under seal concurrently with this motion.

DATED:	July 2, 2010

                                                   Respectfully submitted,

                                      Brenda J. Otte
                                      By her attorneys,

                                      /s/ Stuart T. Rossman
                                      Stuart T. Rossman BBO #430640
                                      Charles M. Delbaum BBO #543225
                                      THE NATIONAL CONSUMER LAW CENTER
                                      7 Winthrop Square, 4th Floor
                                      Boston, MA 02110
                                      (617) 542-8010
                                      (617) 542-8028 (fax)

| | |
|---|---|
| John C. Bell, Jr. | M. Scott Barrett |
| Leroy W. Brigham | BARRETT & ASSOCIATES |
| BELL & BRIGHAM | 520 North Walnut Street |
| Post Office Box 1547 | P.O. Box 5233 |
| Augusta, GA 30903-1547 | Bloomington, IN 47407-5233 |
| (706) 722-2014 | (812) 334-2600 |
| (706) 722-7552 (fax) | (812) 337-8850 (fax) |
| | |
| Jeffrey G. Casurella | Joseph K. Markel |
| LAW OFFICES OF JEFFREY G. CASURELLA | Ronald K. Lambring |
| | MARKEL MARKEL & LAMBRING |
| 400 Interstate N. Pkwy. Suite 310 | 136 South Main Street |
| Atlanta, GA 30339 | P.O. Box 121 |
| (770) 858-1660 (Office) | Brownstown, Indiana 47220 |
| (770) 858-1665 (Fax) | (812) 358-3200 |
| | (812) 358-3919 (fax) |
| | |
| Helen Cleveland | Cary L. Flitter |
| ROBERTS, ERCK & CLEVELAND | LUNDY FLITTER & BELDECOS, PC |
| 945 East Paces Ferry Road | 450 North Narberth |
| Suite 2220 Resurgens Plaza | Narberth, PA 19072 |
| Atlanta, GA 30326-1125 | (610) 668-0770 |
| (404) 760-2792 | (610) 667-0552 (fax) |
| (404) 233-2404 (fax) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via the Court's CM/ECF electronic filing system on July 2, 2010.

/s/Stuart T. Rossman
Stuart T. Rossman  BBO# 430640
Charles M. Delbaum BBO #543225
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org

*Attorneys for the Plaintiffs*