UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA J. OTTE, ADMINISTRATRIX OF THE ESTATE OF GLADYS REYNOLDS, HELEN KEEFE, MELANIE LAUSIER and PAULA FITZGIBBON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, CONNECTICUT GENERAL LIFE INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>Defendants. | NO. 09-CV-11537-RGS |

PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT

Plaintiffs Brenda Otte, Helen Keefe, Melanie Lausier and Paula Fitzgibbon ("Plaintiffs"), individually and on behalf of a class of all others similarly situated, respectfully move pursuant to Fed. R. Civ. P. 23(e) for an order finally approving the parties' proposed settlement of this class action. The motion should be granted for the reasons set forth in the accompanying memorandum and the joint declaration of class counsel submitted in support of the motion.

Respectfully submitted on March 4, 2013,

/s/ Stuart T. Rossman
Stuart T. Rossman BBO #430640
The National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110
(617) 542-8010
(617) 542-8028 (fax)
srossman@nclc.org

1

John C. Bell, Jr.
Lee W. Brigham
Bell & Brigham
Post Office Box 1547
Augusta, Georgia 30903-1547
(706) 722-2014 tel
(706) 722-7552 fax
john@bellbrigham.com
lee@bellbrigham.com

M. Scott Barrett
Barrett & Associates
320 West 8th St., Suite 100
Post Office Box 5233
Bloomington, Indiana 47407-5233
(812) 334-2600
(812) 337-8850
scott@barrettlaw.us.com

Jeffrey G. Casurella
Law Offices of Jeffrey G Casurella
400 Interstate Parkway, Suite 310
Atlanta, Georgia 30339
(770) 858-1661 tel
(770) 858-1665 fax
jeff@jgclawoffices.com

Helen Cleveland
Cleveland Gilbreath LLC
4197 Sentinel Post Road N.W., Building 2
Atlanta, GA 30327-3805
(404) 760-2792 tel
(404) 233-2404 fax
hcleveland@cgglegal.com

Cary L. Flitter
Flitter Lorenz, P.C.
450 N. Narberth Avenue, Ste. 101
Narberth, PA 19072
(610) 822-0782
(610) 667-0552
cflitter@consumerslaw.com

Ronald K. Lambring
MARKEL MARKEL & LAMBRING
136 South Main Street
P.O. Box 121
Brownstown, Indiana 47220
(812) 358-3200
(812) 358-3919 (fax)
jlmarkel@markellaw.com

*Counsel for Plaintiffs and the Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2013, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of Court using the Court's CM/ECF system which will cause a copy of same to be delivered to the following individuals:

Jeremy P. Blumenfeld
Kasturi Sen
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
jblumenfeld@morganlewis.com
ksen@morganlewis.com

Jeffrey W. Moss
Morgan, Lewis & Bockius LLP
225 Franklin Street, 16th Floor
Boston, Massachusetts 02110
jmoss@morganlewis.com

I hereby certify that on March 5, 2013, I caused a copy of the foregoing **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** to be served via Federal Express next day delivery on:

Scott Talley
3740 Lower Honoapiilani Rd
Apt D206
Lahaina, Hawaii 96761

/s/Stuart T. Rossman
Stuart T. Rossman  BBO# 430640
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org